

SERVICES  PROGRAMS  PRESS  PUBLICATIONS  DEPARTMENTS  CONTACT

# CORPORATION FILE DETAIL REPORT

| Entity Name | MERCHANTS CREDIT GUIDE COMPANY | File Number | 08019886 |
|---|---|---|---|
| Status | NOT GOOD STANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 06/28/1899 | State | ILLINOIS |
| Agent Name | BARRY P SIEGAL | Agent Change Date | 08/29/2006 |
| Agent Street Address | 55 WEST MONROE STREET STE 1200 | President Name & Address | DANIEL F BURTIS 223 W JACKSON BLVD, STE900 CHICAGO, IL 60606 |
| Agent City | CHICAGO | Secretary Name & Address | EDWIN S BURTIS SAME |
| Agent Zip | 60603 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2010 |
| Assumed Name | INACTIVE - CREDITORS ACCOUNT SERVICE, INC. INACTIVE - CREDITORS ACCOUNT SERVICE ACTIVE - MERCHANTS GUIDE COMPANY | | |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



EXHIBIT A

http://www.ilsos.gov/corporatellc/CorporateLlcController