| Print this Listing |

6/4/2010 **Illinois Division of Professional Regulation** 9:42:23 AM

## You requested license number: 017-000159

| Licensee's Name | DBA / AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| MERCHANTS CREDIT GUIDE COMPANY | | 017000159 | ACTIVE | CHICAGO, IL | 09/05/1975 | 05/31/2012 | N |

Page 1

https://www.idfpr.com/dpr/licenselookup/printthispage.asp?&page=1&lic_nbr=0170001599

EXHIBIT B