# Legal Advocates for Seniors and People with Disabilities

205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

October 27, 2009

Merchants Credit Guide Co
223 W Jackson Blvd
Chicago, IL 60606-6912

Re: Frances McGrath

, WA

Consumer's account:

LASPD file number:

Dear Sir or Madam:

Please be advised that we represent Frances McGrath regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities ("LASPD") is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public. LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by law, and have minimal or no assets. LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Mrs. McGrath. As you will see, Mrs. McGrath's income is protected from levy, attachment or garnishment by Federal and/or State law. Moreover, there is no income available for any payment arrangement or settlement. Accordingly, our client refuses to pay any debt that you are attempting to collect and we request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

Jeff Whitehead,
Supervising Attorney
Enc.



## Legal Advocates for Seniors and People with Disabilities
205 West Monroe, 4th Floor, Chicago, IL 60606
312-263-1638
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

Edward Grossman, Executive Director
Martin C. Bukala, Deputy Director
Jeff Witchard, Supervising Attorney

### CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

PRINTED NAME _____
                        First Client

SIGNED _____
                        First Client

DATED _____

PRINTED NAME _____
                        Second Client

SIGNED _____
                        Second Client

DATED 6-10-2009

SUBSCRIBED AND SWORN TO BEFORE ME THIS 10
OF July, 2009

_____
NOTARY PUBLIC



Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as completely, neatly and accurately as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND EXPENSES

### A. SOURCES OF INCOME AND GROSS MONTHLY AMOUNTS – MONEY RECEIVED BY YOU (BEFORE DEDUCTIONS)

| SOURCE OF INCOME | AMOUNT | SOURCE OF INCOME | AMOUNT |
|---|---|---|---|
| Social Security, Supplemental Security Income (SSI) or Retirement, Survivors, Disability Insurance (RSDI) *Please circle one or more* | ▬ | Wage Income | ∅ |
| Other Disability Benefits | ▬ | Unemployment Compensation | ∅ |
| Veterans' Benefits | ∅ | Rental Income | ∅ |
| Workers' Compensation | ∅ | Interest Income | ∅ |
| Public Aid | ∅ | Other Income (if any, please describe) | ∅ |
| Alimony | ∅ | | |
| Child Support | ∅ | | |
| Pension Benefits (ERISA from company retirement plan) or IRA's | ▬ | TOTAL INCOME | ▬ |

### B. MONTHLY EXPENSES – MONEY YOU PAY TO OTHERS

| TYPE OF EXPENSE | MONTHLY AMOUNT | TYPE OF EXPENSE | MONTHLY AMOUNT |
|---|---|---|---|
| Rent/Mortgage *Please circle one* | ▬ | Clothing | ▬ |
| Utilities (gas, electric, telephone, cellphone, water, etc.) | ▬ | Medical | ▬ |
| Real estate taxes *Best to divide the yearly amount by 12* | ▬ | Dental | ▬ |
| Food | ▬ | Religious Affiliation Donations | ∅ |

Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as completely, neatly and accurately as possible. This will greatly help our communication with your creditors. Thank you.

| | | | |
|---|---|---|---|
| Car Payment(s) | | Health Insurance | |
| Car Insurance | | Life Insurance | ∅ |
| Car, Gas & Maintenance | | | |
| Other Transportation Costs | ∅ | Other Expenses (List) | |
| | | Renters Insurance | |
| Reasonable expenses to support a child or parent | ∅ | [illegible] | |
| | | Ent. Classes | |
| | | TOTAL EXPENSES | |

Have you ever co-signed a financial document? In other words, have you ever signed a document with another person where they, and not you, were going to get something? __No__
If yes, please give us the name of this person, the name of the creditor and the type of debt (e.g. a home loan or a car loan).

The above listed information has been carefully provided by me. I have disclosed all of my income and expenses. I understand the purpose of this disclosure and have voluntarily signed it.

PRINTED NAME: _____
First Client

SIGNED: _____
First Client

DATED: _____

PRINTED NAME: _____
Second Client

SIGNED: _____
Second Client

DATED: 6/10/2009

SUBSCRIBED AND SWORN TO ME THIS
____ DAY OF _____ 2009

_____
NOTARY PUBLIC

# NetCFax Sent Fax transmission report
# Fax sent at: 2:25:33 PM, 10/27/2009

Server: fileserver at IP address 192.168.0.21

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.

NB - This fax was sent using your cover page layout as specified.

**THIS FAX WAS SENT SUCCESSFULLY...**

| | |
|---|---|
| Fax Status: | NORMAL |
| NetCFax Fax ID #: | 32955 |
| To Fax #: | 13128953700 |
| To Name: | |
| To Company: | Merchants Credit Guide |
| From Fax Number: | 13122631637 |
| From Voice Number: | 13122631633 |
| From Name: | Jeff Whitehead |
| From Company: | Legal Advocates for Seniors & People with Disabilities |
| **Subject:** | **Frances McGrath /** ████████ |
| **Time Sent:** | **14:25:33** |
| **Date Sent:** | **2009-10-27** |
| Sending Time: | 5 mins 13 secs |
| **Total Pages:** | **Cover page plus 5 attached pages.** |

No comments were included on cover page...

**END OF TRANSMISSION REPORT...**