## Legal Advocates for Seniors and People with Disabilities
205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

April 06, 2010

Merchants Credit Guide Co
223 W Jackson Blvd
Chicago, IL 60606-6912


Re: Frances McGrath
▬▬▬▬▬▬▬▬▬▬
▬▬▬, WA ▬▬

The Swiss Colony: ▬▬▬▬▬▬▬▬
Reference: ▬▬▬▬▬▬

LASPD file number: ▬▬

Dear Sir or Madam:

As you know from our previous correspondence, dated October 27, 2009, we represent Frances McGrath regarding your firm's attempts to collect the above-referenced debt.

In that correspondence, we requested that you cease all further communications with Mrs. McGrath. Nonetheless, your firm has continued to contact Mrs. McGrath directly, via continued, documented collection calls to the client's residence. We demand that your firm immediately stop contacting Mrs. McGrath and direct all further communications regarding this debt to our office.

Moreover, as we previously informed your firm, Mrs. McGrath's income is protected from levy, attachment or garnishment by Federal and/or State law. We therefore request that you cease all further collection activities regarding this debt.

If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*[signature]*

Jeff Whitehead
Supervising Attorney



EXHIBIT D

# NetCFax Sent Fax transmission report
# Fax sent at: 12:06:18 PM, 04/06/2010

Server: fileserver at IP address 192.168.0.21

---

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.

NB - This fax was sent using your cover page layout as specified.

**THIS FAX WAS SENT SUCCESSFULLY...**

| | |
|---|---|
| Fax Status: | NORMAL |
| NetCFax Fax ID #: | 32955 |
| To Fax #: | 13128953700 |
| To Name: | |
| To Company: | Merchants Credit Guide |
| From Fax Number: | 13122631637 |
| From Voice Number: | 13122631633 |
| From Name: | Jeff Whitehead |
| From Company: | LASPD |
| **Subject:** | **Frances McGrath /** ▓▓▓▓▓ |
| **Time Sent:** | **12:06:18** |
| **Date Sent:** | **2010-04-06** |
| Sending Time: | 1 mins 6 secs |
| **Total Pages:** | **Cover page plus 2 attached pages.** |

No comments were included on cover page...

**END OF TRANSMISSION REPORT...**